IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| DAWN JAMES-ELLIS, | : | CRIMINAL NO. 5:26-CR-6-MTT-CHW |
| LAMONICA LAKES, | : | |
| TARSHEA FUDGE-RILEY, | : | |
| ANGELA CHILDS, | : | |
| ADRIAN HARRIS, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## ORDER

The Court, having read the Motion to Unseal in this matter, and it appearing to the Court

that Case No. 5:26-CR-6-MTT-CHW, and all documents filed therein, should be unsealed, it is

ORDERED that the Motion be GRANTED and that Case No. 5:26-CR-6-MTT-CHW be unsealed.

SO ORDERED, this 14th day of April, 2026.

_____
CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF GEORGIA

Presented by:

Hannah M. Couch
Assistant United States Attorney